================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 200
Branic International Realty
Corp.,
            Appellant,
         v.
Phillip Pitt, &c.,
            Respondent,
"John Doe," et al.,
            Respondents.


            Ronald J. Rosenberg, for appellant.
            Martha A. Weithman, for respondent Pitt.
            The Bronx Defenders, Inc. et al., amici curiae.


MEMORANDUM:

            The order of the Appellate Division should be reversed,

without costs, the matter remitted to the Appellate Division with

directions to dismiss the proceeding solely on the ground of

mootness, and the certified question not answered as unnecessary.

            The issues presented in this case are moot because

- 1 -

respondent voluntarily vacated the premises.  The mootness
exception is not applicable under the facts of this case (<u>see</u>
<u>e.g.</u> <u>Matter of Hearst Corp. v Clyne</u>, 50 NY2d 707, 714-715 [1980])
and therefore the proceeding should be dismissed (<u>see</u> <u>Matter of</u>
<u>Park E. Corp. v Whalen</u>, 43 NY2d 735, 736 [1977]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order reversed, without costs, matter remitted to the Appellate
Division, First Department, with directions to dismiss the
petition solely on the ground of mootness and certified question
not answered as unnecessary, in a memorandum.  Chief Judge
Lippman and Judges Graffeo, Read, Smith, Pigott and Rivera
concur.  Judge Abdus-Salaam took no part.

Decided November 18, 2014